UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-04068-SLD-RLH |
| | ) |
| ONE GLOCK 43X 9MM HANDGUN (SERIAL NUMBER BUVB381), ONE MAGAZINE, and ADDITIONAL AMMUNITION, | ) |
| | ) |
| Defendants. | ) |

DEFAULT JUDGMENT ORDER

WHEREAS, the United States of America, Plaintiff, has filed a Motion for Default Judgment Against Defendant Property, ECF No. 16, seeking the entry of a final judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against the defendants, and for the forfeiture of the defendants;

WHEREAS, the United States of America has shown that there is probable cause to establish that the defendant property was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. §§ 801–971, and is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 881(a)(11);

WHEREAS, service of process requirements have been met, all potential claimants, known and unknown, have received notice by publication of the pendency of this action, and no one has timely filed a claim and answer;

1

WHEREAS, on April 4, 2025, the Court granted the United States of America's Application for Entry of Default Against Defendant Property, Torianna McCarty, and Potential Claimants, *see* Apr. 4, 2025 Entry Default;

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. That a judgment of default is hereby entered against the defendant property.

2. The defendant property is hereby forfeited to the United States of America to be disposed of in accordance with the law and no other right, title, or interest shall exist therein.

Entered this 24th day of July, 2025.

                                                      s/ Sara Darrow
                                                      SARA DARROW
                                                 CHIEF UNITED STATES DISTRICT JUDGE